IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01601-BNB

LOREN SHERWOOD,

    Plaintiff,

v.

RICK RAEMISCH, Executive Director, CDOC,
JOHN CHAMPDELAINE, Associate Warden Sterling,
EVA LITTLE, Intel Lt., Sterling Correctional Facility,
PAMELA PLOUGHE, Warden, Territorial Correctional Facility, and
LEONARD VIGIL, Case Manager, Territorial Correctional Facility,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge. *See* D.C.COLO.LCivR 40.1(a). Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.

DATED July 3, 2014, at Denver, Colorado.

                      BY THE COURT:

                      *s/Craig B. Shaffer*
                      United States Magistrate Judge