IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–01601–KMT

LOREN SHERWOOD,

    Plaintiff,

v.

RICK RAEMISCH, EXECUTIVE DIRECTOR, CDOC,
JOHN CHAMPDELAINE, ASSOCIATE WARDEN, STERLING
EVA LITTLE, INTEL LT., STERLING CORRECTION FACILITY,
PAMELA PLOUGHE, WARDEN, TERRITORIAL CORRECTIONAL FACILITY, and
LEONARD VIGIL, CASE MANAGER, TERRITORIAL CORRECTION FACILITY,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. No. 20) of Magistrate Judge Kathleen M. Tafoya entered on December 5, 2014 it is

**ORDERED** that Defendants' "Motion to Dismiss Plaintiff's Complaint" (Doc. No. 16) is **GRANTED**. This case is dismissed in its entirety for Plaintiff's failure to state a claim upon which relief can be granted. It is further

**ORDERED** that judgment shall enter in favor of the defendants and against the plaintiff on all claims for relief and causes of action asserted in this case.

2

Dated at Denver, Colorado this 8th day of December, 2014.

                                          BY THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                      By:  s/   S. Grimm
                              Deputy Clerk